# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ZOKAITES PROPERTIES, LP,**
Appellant,

v.

**TALAVERA ASSOCIATION, INC.,**
Appellee.

No. 4D21-3203

[July 27, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 50-2021-CC-009447-XXXX-WB.

Jeffrey M. Siskind of Siskind Legal, PLLC, Wellington, for appellant.

Ryan M. Aboud and Keith F. Backer of Backer Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY and CIKLIN, JJ., concur.
WARNER, J., dissents with opinion.

WARNER, J., dissenting.

Appellant, who purchased property in a development governed by the appellee homeowners' association, sued the association for denying it access to its property. The trial court dismissed the action, because appellant had not complied with section 720.311, Florida Statutes (2021), which requires presuit mediation of certain disputes between a homeowners' association and a parcel owner. I would hold that the statute does not apply to the claim made by appellant. The statute applies to "[d]isputes between an association and a parcel owner regarding use of or changes to the parcel or the common areas and other covenant enforcement disputes[.]" § 720.311(2)(a), Fla. Stat. (2021). Access to the parcel does not involve use or changes to the parcel or covenant

enforcement issues. Recognizing that an association should not bar access, section 720.305(2)(a), Florida Statutes (2021), provides that an association may not prohibit an owner's access to a parcel for violation of the declarations, by-laws, or rules of the association. Therefore, I dissent from the affirmance of the order of dismissal.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***